**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

TYRONE R. JOHNSON,    :
                      :
    *Plaintiff*,      :
                      :    Case No. 1:25-cv-743
vs.                   :
                      :    Judge Jeffery P. Hopkins
MICHAEL FISHBOUGH, *et al.*,    :
                      :
    *Defendants*.     :
                      :

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (Doc. 6) issued by Chief Magistrate Judge Stephanie K. Bowman on January 16, 2026. The Magistrate Judge recommends that this case be dismissed as duplicative of Plaintiff's first case (1:25-cv-186, *Johnson v. Fishbough et al.*), which remains pending at this time. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, this case is **DISMISSED** as duplicative of Case No. 1:25-cv-186 and shall be **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

February 20, 2026

Jeffery P. Hopkins
United States District Judge